FILED

JAN 30 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH MELGER  AZ·6914
(Name of Plaintiff)
P.O.BOX 1107:FACE:DH:13 LOW
(Address of Plaintiff)
TEHACHAPI, CA 93581

2:16-cv-01452 DB
(Case Number)

vs.

**FIRST AMENDED COMPLAINT**

COLON JR. et al., E-WING
DEUEL VOCATIONAL INSTITUTION
23500 Kasson Rd
TRACY CA 95378
" ALL DEFENDANT(S) ARE INDIVIDUAL CAPACITY(S) "
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:  ☒ Yes  ☐ No

    B. If your answer to A is yes, how many?: ____1____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff  THOMAS JOSEPH MELGER

        Defendants  DANIEL WESP

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983    Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

EASTERN DISTRICT OF SACRAMENTO

3. Docket Number   2:16-cv01103-KJN

4. Name of judge to whom case was assigned   KENDALL J NEWMAN

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   DISMISSED BARRED BY HECK

6. Approximate date of filing lawsuit   MAY 2016

7. Approximate date of disposition   JULY 2016

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ☒ Yes   ☐ No
   If your answer is no, explain why not _____

C. Is the grievance process completed?   ☒ Yes   ☐ No
CDCR VIOLATED CCR.15.3084.4(a)(2), failed to meet the 30 days time frame set forth in the regulations above, deemed exhasted on 8.4.16
CDCR DUE DATE OF 8.8.16, is in VIOLATION OF CCR.15.3084.4(a)(2)

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant   COLON JR   is employed as   SERGENT
   at DEUEL VOCATIONAL INSTITUTION
   23500 KASSON RD, TRACY CA 95378

B. Additional defendants c/o SHELTON, c/o ESCULERA, c/o PREVOSTINI, c/o BACH, E-WING, 23500 KASSON RD, TRACY, CA 95378

2

1.     Plaintiff(FIRST) claim is a U.S. Constitutional 8th Amendment violation, that on May 20, 2016 through May 31, 2016, the defendant(s): Colon Jr, Shelton, Esculera, Prevostini, and Bach: wilfully, wantonfully, and maliciously with diliberate indifferance, disregarded or denied the Plaintiff's request for a bed move. the defendants were deliberately indifferant to an "imminet threat" from his cellmate Miller; to an "imminet threat of suacide" from his self, and that those imminet threat(s) were a pervasive risk of serious physical injury from Miller and Self, that the defendant(s) were aware of the imminet threat(s) and the pervasive risk of serious physical injury from Miller or Self, and the defendant(s) were wilfilly indifferant to the danger, and the defendants agreed to conspire to instigate the

the "IMMINET THREAT(S)" and " the pervasive risk of serious physical injury to I/M Miller or Melger, and incited Melger or Miller to act out on such violence, at DEUEL VOCATIONAL INSTITUTION, E-WING, 23500 KASSON RD, TRACY, CA 95378.

2.     Plaintiff(SECOND) claim is an alleged U.S. Constitutional 8th Amendment violation, that on May 29, 2016, at the hour of 6:00 AM or soon thereabout, the defemdant(s): Prevostini: wilfully, wantonfully and maliciously was delibertly indifferant to the "imminet threat" of violence, that there was a pervasive risk of serious physical injury to the plaintiff that: while Prevostini was unlocking the 2nd tier shower, in E-Wing, the Plaintiff (Melger) called him over to the cell saying " !what " I said"its an emergency", he said " come on do this on 3rd watch " I said " its serious, my celly and I have been argueing all mornig, can one of us please get a bed move, because if were not separated, one of us is going to end up in the HOLE ", he said " the only way you're getting out of that cell is to assault me, assault your celly, or go suacidal," then he walked away. Therefore, the prison officials were aware of the imminet threat of violence, and were deliberately indifferant to the danger, at DEUEL VOCATIONAL INSTITUTION, E_WING, Cell 202, 23500 KASSON RD, TRACY, CA 95378.

3. Plaintiff(THIRD) claim is an alleged U.S. Constitutional 8th Amendment Violation, that on May 30, 2016, at the hour of 3:00 PM or soon thereabout: Defendant: Esculera, wilfully, wantonfully and maliciously was deliberately indifferant to an " imminet threat " of violence, that there was a pervasive risk of serious physical injury to the plaintiff: that while Esculera was unlocking the 2nd tier shower door, in E-WING, the Plaintiff (Melger), called him over to cell 202, Melger, said " Esculera, its not good in here, Miller and I have been argueing yesterday, and today, can either one of us get a bed move ", he said " Melger don't you think all the E-Wing officers talk amongst ourselves, Miller and Armstrong ask us for a a bed move everytime the come out for pillcall, I'll have to talk to Shelton, the bed move won't be till tommarrow though, then he walked off. Therefore, The Prison Officials were aware of the imminet threat of violence, and were deliberately indifferant to the danger, at DEUEL VOCATIONAL INSTITUTION, E-WING, Cell 202, 23500 KASSON RD, TRACY, CA 95378.

4. Plaintiff(FOURTH) claim is an alleged U.S. Constitutional 8th Amendment Violation, that on May 31, 2016, at the hour of CHOWTIME in E-Wing 3rd watch: Defendant(s): Shelton, Esculera, Colon Jr, and Bach, wilfully, wantonfully, and maliciously were deliberately indifferant to " Physical Violence ", that there was a pervasive risk of serious physical injury to the plaintiff, that the Plaintiff (Melger) and cellmate (Miller) were in a physical altercation, that inmate Miller assaulted Melger with a food tray, and threated his life with a razor blade, Melger kicked on the cell door and yelled " Man Down, come up here and help me,"Melger looked out of the cell window and saw Colon Jr, Shelton, Esculera, and Bach all in the office about 20 feet away on the 1st tier, Melger kicked the door again and yelled, " Man down, then Melger looked out the cell window again and saw Shelton shakeing his head at Melger, and Colon Jr was pointing at cell 202 saying someting to Esculera and Bach, I yelled again and said " If you don't get up here I'm going to write you up, they stood there in inaction. During tray pick up I asked Shelton for a bed move because Miller and I were just in a fight, there was food still all over me and the cell,

PAGE: 2B

he said " you both couldn't just get along we were going to do the bed move, but because you and Miller couldn't act like men, the sergant put E-Wing on first watch status, now there will be no bed moves tonight, then he shut the door. Therefore, prison Officials were aware of the physical Injury and were deliberatly indifferant to the danger, at DEUEL VOCATIONAL INSTITUTION, cell 202, E-Wing, 23500 KASSON RD, TRACY, CA 95378.

5.      Plaintiff(FIFTH) claim is an U.S. Constitutional 8th Amendment violation, Plaintiff alleges: that on May 31, 2016, at the hour of last nightly pill call, Defendant(s): Shelton, Esculera, Bach, and Colon Jr: wilfully, wentonfully, and maliciously were deliberately indifferant to an "imminet threat of suacide", that there was a pervasive risk of serious physical injury to the plaintiff from himself , that while Shelton and Esculera walked the pill call nurse to Cell 202 E-Wing to give miller his pills, the Plaintiff said loudly " If you don't get me out of this cell I'm going to cut myself" Shelton smerked and laughed a little bit and said " now Melger is suacidal, we will come back to do Millers pills later, then walked away. A some time later, Shelton returned to cell 202 and opened the door and said " Melger Cuff up, and step out of the cell backwards" Melger complied. Colon Jr approched Melger at the grill gate and said if your liying about being suacidal I'm going to put you right back in cell 202 when you come back from Mental Health, then Bach escorted Me to Mental Health, B-Ward, at DEUEL VOCATIONAL INSTITUTION, 23500 KASSON RD, TRACY, CA 95378.

6.      Plaintiff(SIXTH) claim is an alleged U.S. Constitutional 8th Amendment Violation, that Defendant(s): Colon Jr, Shelton, Esculera, Bach, and Prevostini, did agree to instigate physical violence between Melger And Miller, in cell 202, E-Wing , to incite Melger or Miller to act out on such violence on eachother, to instigate suacidal physical injury to Melger, to incite Melger to act upon his suacidal tendencys, that prison officials were aware of the imminet threat(s) of violence, were aware of the pervasive risk of serious physical injury to Melger or Miller, and

were deliberately indifferant to the danger, and failed to protect Melger from the physical injury caused, and failed to protect melger from suacidal physical injury from him self, from May 20, 2016 through May 31, 2016, at DEUEL VOCATIONAL INSTITUTION, E-WING, 23500 KASSON RD, TRACY, CA 95378.

7.     Plaintiff seeks monetary damages in the amount of $ 5,000,000,000.00 Milion dollars for failure to protect ~~the~~ Melger from violence from other inmates.

8.     Plaintiff seeks monetary damages in the amount of $ 5,000,000,000.00 Million dollars for the failure to protect inmate melger from suacidal violence .

DATE: 1.25.2016

Respectfully submitted,

THOMAS JOSEPH MELGER
PLAINTIFF IN PRO SE

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

SEE ATTACHED CLAIMS

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

SEE ATTACHED CLAIMS

Signed this 25 day of JANUARY, 2017

THOMAS JOSEPH MELGER , AZ:6914
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1.25 2017
(Date)

(Signature of Plaintiff)