Thomas Joseph Melger
_____
Name and Prisoner/Booking Number

California Correctional Institution
_____
Place of Confinement

P.O.BOX 107:FAC:E:WH:29 Low
_____
Mailing Address

Tehachapi, Caifornia 93581
_____
City, State, Zip Code

FILED

SEP 25 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Thomas Joseph Melger                              )
(Full Name of Plaintiff)  Plaintiff,              )
                                                  )
         v.                                       ) CASE NO. 2:16-cv-001452-DB
                                                  )        (To be supplied by the Clerk)
(1) Colon Jr et.al                                )
(Full Name of Defendant)                          )
                                                  )
(2) J. Shelton                                    )
                                                  )    **CIVIL RIGHTS COMPLAINT**
(3) J. Esculera                                   )        **BY A PRISONER**
                                                  )
(4) Bach                                          )
                                                  )   ☐ Original Complaint
         Defendant(s).                            )   ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.
                                                  )   ☐ Second Amended Complaint
                                                      [X] Third Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

   ☒ Other: REQUEST "Pendent Jurisdiction" Recently Filed in San Joaquin County Superior Court same ground of issue - Will Forward Case No. soon.

2. Institution/city where violation occurred: Deuel Voc Inst, E-wing, 23500 Kasson Rd
   Tracy, CA 95378

NOTE TO JUDGE: Release Date is Nov 20, 2017.

## B. DEFENDANTS

1. Name of first Defendant: __Colon Jr_____. The first Defendant is employed as: __Cal. Corr. Sgt._____ at __Deuel Voc Inst_____.
   (Position and Title) (Institution)

2. Name of second Defendant: __J. Shelton_____. The second Defendant is employed as: __Corr. Officer_____ at __Deuel Voc Inst_____.
   (Position and Title) (Institution)

3. Name of third Defendant: __J. Esculera_____. The third Defendant is employed as: __Corr. Officer_____ at __Deuel Voc Inst_____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: __Bach_____. The fourth Defendant is employed as: __Corr. Officer_____ at __Deuel Voc Inst_____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: ____N/A____ v. ____N/A____
      2. Court and case number: ____N/A____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ____N/A____

   b. Second prior lawsuit:
      1. Parties: ____N/A____ v. ____N/A____
      2. Court and case number: ____N/A____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ____N/A____

   c. Third prior lawsuit:
      1. Parties: ____N/A____ v. ____N/A____
      2. Court and case number: ____N/A____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ____N/A____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>United States 8th Amendment Violation</u>.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☒ Other: <u>Failure to Protect I/M</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   At Deuel Voc Inst 23500 Kasson Rd, Tracy Ca 95378, In E-Wing for 11 days Correctional Officers ignored the plaintiffs request for a bed move because His cell mate Miller was increasing in violent assaltive behaivor between May 21, 2016 to May 30, 2016.
   On May 31, 2016, at the location stated above in cell 202 I/m Miller begain Physically assaulting the plaintiff at chow time with his food tray and threated Plaintiff with a razor blade. Plaintiff begain kicking his cell door yelling man down, man down, Plaintiff looked out his cell window and about twenty feet away Defendants Sgt Colon Jr, Corr Officers J. Shelton, J. Esulera, and Bach were looking at the Plaintiff pointing, laughing and Colon Jr said Some thing. Plaintiff kicked on the door yelling man down, man down, but Corr Officers never responded, I/M miller Continued assaulting the plaintiff for three more hours, till pill call when the nurse, J. Shelton J. Esculera came to the Cell door at 202 E-Wing to give I/M miller his Pills then I said to them "If you don't get me out of this cell I'm going to cut myself", they smerked and laughed and said now he is suacidal we will com back and do I/M Millers pills later then walked off and came back after an hour.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Cal. Correctional Officers failed to protect the Plaintiff from the violence of other inmates that injured the plaintiff physically and mentally more than de minums, and proceeded to cover up the injurys, Emotional Durres from a Childhood "PTSD" triggered a emotional response still occurring today.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>N/A</u>

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: __N/A__

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   __N/A__

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   __N/A__

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

4

# CLAIM III

1. State the constitutional or other federal civil right that was violated: _N/A_

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _N/A_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _N/A_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
$100,000,000.00 Relief is Monetary and Punitive

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9-20-17
            DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

CALIFORNIA CORRECTIONAL INSTITUTE
## PROOF OF SERVICE BY MAIL
(C.C.P. §1013a; §2015.5; Fed.R.Civ.P. 5; 28 U.S.C. 1746)

(A) I am over the age of eighteen years, a citizen of the United States, a resident of the State of California, (and / and not) a party to the within action. My mailing address is: P.O. BOX 107, TEHACHAPI, CA 93581.

(B) On the following date: 9/20/17, I served the following document(s):

(C) 42 U.S.C. § 1983 Pages 1-5

(D) On the interested parties in this action, by placing true copies thereof, enclosed in sealed envelopes, addressed as follows to the following party(ies):
United States District Court

Eastern District of California Sacramento

501 I Street Ste ATTEN: Deborah Barnes, Magistrate Judge

Sacramento, California 95814

I am readily familiar with the normal business practices for the collection and processing of correspondence and other materials for mailing with the United States Postal Service (USPS). On the same day that correspondence is placed for collection and mailing, in a sealed envelope and postage fully prepaid, it is deposited into a box so provided to the California Correctional Institution in which I am presently confined.

I certify and declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

(E) Name: Thomas Joseph Melger          CDCR#: Az:6914

Signed: [signature]                      Dated: 9/20/17

---

### STAFF: ACKNOWLEDGEMENT OF RECEIPT *

Dated: _____          Staff: _____

Signed: _____